UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:25-cr-00451 HEA |
| | ) |
| GARY GRAJALES-REYES, | ) |
| | ) |
| Defendant. | ) |

**<u>GOVERNMENT'S ENTRY OF APPEARANCE</u>**

COME NOW Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ Hal Goldsmith
HAL GOLDSMITH, #32984(MO)
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200