UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY GRAJALES-REYES,

    Defendant.

**WAIVER OF INDICTMENT**

CASE NUMBER: 4:25-cr-00451 HEA

    I, GARY GRAJALES-REYES, understand that I have been accused of one or more offenses punishable by imprisonment for a term exceeding one year. After being advised of my rights and the nature of the charges against me, I hereby waive in open court, my right to prosecution by indictment and consent to prosecution by information.

_____
Defendant

_____
Counsel for Defendant

Before _____
           Judicial Officer